**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                    **Case No. 8:04-md-2523-T-30TBM**
                                                          **MDL 1626 - ALL CASES**
**ACCUTANE PRODUCTS**
**LIABILITY LITIGATION,**
_____/


**LAURIE A. STUPAK,**[1]

                **Plaintiff,**

v.                                                        **Case No. 8:05-cv-926-T-30TBM**

**HOFFMANN-LA ROCHE, INC., et al.,**

                **Defendants.**
_____/


## O R D E R

        THIS MATTER is before the court on the **U.S. Defendants' Motion for**

**Reconsideration Relating to the U.S. Defendants' Request to Take the Deposition of**

**Amber Twork** (Doc. 33).  By their motion, the U.S. Defendants request the court to

reconsider its April 28, 2006, Order (Doc. 30) as it relates to the denial of their request for

leave to depose Amber Twork (hereinafter "Twork").[2]  As grounds, the U.S. Defendants

assert that Twork may have material information relative to causation, namely, she may have

knowledge about the contents of a conversation that the decedent had with his prom date

shortly before his death.  In the alternative, the U.S. Defendants request permission to

substitute Twork for Anne Barley (hereinafter "Barley") as the second additional deposition

_____

        [1]Plaintiff, Laurie A. Stupak, is the mother of Bartholomew Stupak, Jr., the decedent, in
this wrongful action.

        [2]By this Order, the court granted the U.S. Defendants leave to take two additional
depositions, but denied their request to depose Amber Twork.  (Doc. 30 at 3).

to be taken.  Plaintiff has filed a response in opposition, urging the court to deny the motion

on the basis that Twork's deposition would be cumulative and Defendants have already taken

a records only deposition of Twork.  Plaintiff also requests that the court modify its April 28,

2006, Order by disallowing the deposition of Barley.

Upon consideration, the **U.S. Defendants' Motion for Reconsideration Relating to

the U.S. Defendants' Request to Take the Deposition of Amber Twork** (Doc. 33) is

**DENIED**.  The court is not persuaded that adequate grounds for vacating its prior Order have

been demonstrated.  Further, to the extent that Plaintiff seeks reconsideration of the April 28,

2006, Order, her request is also denied.

**Done and Ordered** in Tampa, Florida, this 13th day of June 2006.


THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
United States District Judge
Counsel of Record