UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAURIE A. STUPAK,**

    **Plaintiff,**

v.                                          Case No.  8:05-cv-926-T-30TBM

**HOFFMAN-LA ROCHE, INC., et al.,**

    **Defendants.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Hoffman-La Roche Inc.'s and Roche Laboratories Inc.'s (collectively, **"Defendants"**) Motion for Partial Summary Judgment on Punitive Damages (Dkt. 73) and Plaintiff's Response thereto (79).  Plaintiff filed this action wrongful death claim pursuant to Wis. Stat. § 895.04.  Defendants move for summary judgment on Count IV of Plaintiff's Complaint requesting punitive and exemplary damages.  Plaintiff does not oppose Defendants' Motion and acknowledges that punitive damages are not available in a wrongful death action under prevailing Wisconsin case law, citing <u>Wangden v. Ford Motor Co.</u>, 294 N.W.2d 437, 464-465 (Wis. 1980), <u>Bartholowmew v. Wisconsin Patients Compensation Fund</u>, 717 N.W.2d 216, 229 (Wis. 2006), and <u>VanDen Eng v. The Coleman Company, Inc.</u>, 2006 WL 1663714, *10 (E.D. Wis. 2006).  Upon review of the applicable case law, the Court agrees with the parties.

    It is therefore ORDERED AND ADJUDGED that Defendants' Motion for Partial Summary Judgment on Partial and Punitive Damages (Dkt. 73) is GRANTED.

    **DONE** and **ORDERED** in Tampa, Florida on September 26, 2007.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record